UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RE: Crystal Marie Jefferson   XXX-XX-6516                    Case No. 13-35760-KLP

### DIRECTIVE FOR TERMINATION OF WAGE DEDUCTION

**Manchester OB/GYN**
**Attn: Payroll Department**
**101 Cowardin Avenue #208**
**Richmond, VA  23224**

IT IS DIRECTED:

   That the above Employer be, and is hereby directed to discontinue withholding any additional funds from the wages of the Debtor, **Crystal Marie Jefferson**, and to remit directly to the debtor any funds held or to be held as of the date of this Directive under the previous Directive for Deduction.

   THIS DIRECTIVE IS ENTERED PURSUANT TO A STANDING ORDER OF THE UNITED STATES BANKRUPTCY COURT.

Dated: **July 29, 2014**

                                        **/S/ Carl M. Bates**
                                        Carl M. Bates, Trustee
                                        Eastern District of Virginia, Richmond Division

**IF ANY INFORMATION IS DESIRED REGARDING THIS DIRECTIVE, CALL THE TRUSTEE'S OFFICE AT 804.237.6800 OR FAX TO 804.237.6801**

The Trustee does hereby certify that a copy of this Directive was mailed to the Debtor and the employer and electronically sent to Debtor's counsel on the date above written.

                                        **/S/ Carl M. Bates**
                                        Carl M. Bates, Trustee